# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER:  10-PO-00114-DLW |
| RONALD C. HUGHES | Pro Se<br>(Defendant's Attorney) |

**THE DEFENDANT:**  Was found Guilty on Counts One and Two of the Information after a plea of not guilty.

**ACCORDINGLY,**  the Court has adjudicated that the Defendant is Guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 43 U.S.C. 315 and 315a and 43 C.F.R. 4410.1(b)(1)(i) and 9264.1(a) | Grazing Privately Owned Livestock or Other Animals on BLM Land Without a Permit, Lease or Authorization | 11/20/09 | 1 |
| 43 U.S.C. 315 and 315a and 43 C.F.R. 4410.1(b)(1)(i) and 9264.1(a) | Grazing Privately Owned Livestock or Other Animals on BLM Land Without a Permit, Lease or Authorization | 03/30/10 | 2 |

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | CVB | Fine | Count |
|---|---|---|---|---|
| | $10.00 | None | $ 500.00 | 1 |
| | $10.00 | None | $ 500.00 | 2 |
| **Total:** | $20.00 | | $1,000.00 * | |

\* The Court suspends $900.00 of the fine provided that the horses are permanently removed from BLM Land by November 1, 2010.  If the Defendant has not removed the horses by November 1, 2010 he must appear before the Court on November 4, 2010 at 10:30 a.m.

08/12/10

Date of Imposition of Judgment

s/David L. West

Signature of Judicial Officer

David L. West, U. S. Magistrate Judge

Name & Title of Judicial Officer

09/20/10

Date